UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TONY R. MATLOCK, )
 )
    Plaintiff, )
 )
vs. ) Cause No. 07-565-DRH
 )
ILLINOIS CENTRAL RAILROAD COMPANY, )
 )
    Defendant. )

## ORDER OF DISMISSAL

On stipulation of the parties hereto, the above-captioned case is hereby dismissed with prejudice. Each party to pay its own costs.

WHEREFORE, IT IS ORDERED AND ADJUDGED that the said cause be, and the same is hereby dismissed with prejudice to the plaintiff. Each party to pay its own costs.

DATE: July 15, 2008

/s/ *David R Herndon*
United States District Court
Chief Judge